IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

___

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| VS. | ) | CR. NO. 1:19-10070-STA |
| JUSTIN TYLER BYNUM, | ) | |
| Defendant. | ) | |

___

## ORDER ON GUILTY PLEA
## AND NOTICE OF SETTING
___

This cause came to be heard on June 25, 2019, Assistant United States Attorney, Jerry Kitchen, appearing for the Government and the defendant, Justin Tyler Bynum, appearing in person, and with counsel, Michael Weinman..

The defendant entered a plea of guilty to Count 1 of the Information.

Plea colloquy was held and the Court accepted the guilty plea.

**SENTENCING** in this case is **SET** for **FRIDAY, SEPTEMBER 27, 2019 at 9:00 A.M., before Chief Judge S. Thomas Anderson.**

The defendant is remanded to the custody of the United States Marshals.

**ENTERED** this the 25th day of June, 2019.

                                          s/ S. Thomas Anderson
                                          CHIEF JUDGE, U. S. DISTRICT COURT